**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BUTHIENAH TAHA**, <br><br> Plaintiff, <br><br> vs. <br><br> **SIM & YOON CORPORATION, ET. AL.**, <br><br> Defendants. | Case No.: 4:17-cv-06984 YGR <br><br> **ORDER TO SHOW CAUSE RE: DISMISSAL OF CASE WITH PREJUDICE, AND VACATING COMPLIANCE HEARING** <br><br> Re: Dkt. No. 29 |

**TO DEFENDANTS AND THEIR COUNSEL OF RECORD**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing no later than **Friday, March 6, 2020** why this matter should not be dismissed with prejudice in light of the motion. (Dkt. No. 29.) A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, March 13, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Failure to timely file a written response by March 6, 2020 shall be deemed an admission that good cause exists to dismiss this case with prejudice and the Court will grant the pending motion and dismiss this action without further notice.

In light of the foregoing, the Court further **VACATES** the compliance hearing set for Friday, February 28, 2020.

**IT IS SO ORDERED**.

Date: February 26, 2020

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE**