**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BUTHIENAH TAHA**, <br><br> Plaintiff, <br><br> vs. <br><br> **SIM & YOON CORPORATION, ET. AL.**, <br><br> Defendants. | Case No.: 4:17-cv-06984 YGR <br><br> **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE AND DISMISSING CASE WITH PREJUDICE** <br><br> Re: Dkt. No. 29 |

On February 21, 2020, plaintiff Buthienah Taha filed a motion to dismiss this action with prejudice. (Dkt. No. 29.) In the motion, Taha stated that individual defendant Sung D. Chang "does not understand the legal process by which a case is dismissed and, in fact, believes the case has already been disposed," and that he "[t]herefore is not willing to sign any further documents," including stipulations of dismissal. (*Id.* at 2.) Taha otherwise indicated that Taha and defendant Sim & Yoon Corporation ("Sim & Yoon") negotiated a complete settlement of this matter and that these parties reduced the agreement to writing, executed that agreement, and performed such that the case can be dismissed. (*Id.*)

In response to the motion, the Court issued an Order to Show Cause ("OSC") directed to defendants. The OSC required the defendants to respond in writing by Friday, March 6, 2020 as to "why this matter should not be dismissed with prejudice in light of the motion." (Dkt. No. 30.) The Court warned that a "[f]ailure to timely file a written response by March 6, 2020 shall be deemed an admission that good cause exists to dismiss this case with prejudice and the Court will grant the pending motion and dismiss this action without further notice." (*Id.*) Sim & Yoon filed a statement of non-opposition to the motion. (Dkt. No. 31.) Chang did not file any response to the Court's OSC.

Therefore, in light of the Court's OSC, Sim & Yoon's filed non-opposition, Chang's failure to respond to the OSC, for good cause appearing in the motion therein, and for the reasons set forth in the OSC, Taha's motion to dismiss this case with prejudice is **GRANTED**. Therefore, this case is **DISMISSED WITH PREJUDICE**.

This Order terminates the case and Docket Number 29.  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Date: March 12, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**